

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

June 3, 2015

Bella  A. Rubio
District & County Clerk - Real County
P.O. Box 750
Leakey, TX 78873-0750
* DELIVERED VIA E-MAIL *

Bobby Rushing
The Rushing Law Firm, PLLC
115 East Travis St., Ste. 1235
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Kenneth Ernest Grubbs
4241 Woodcock Dr Ste C120
San Antonio, TX 78228-1330
* DELIVERED VIA E-MAIL *

Christopher John Deeves
Law Office of Christopher Deeves
1370 Pantheon Way, Suite 110
San Antonio, TX 78232
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     04-15-00048-CV
        Trial Court Case Number:     2014-0138-CC
        Style:  Buddy Casteel and Jaret Brandon Casteel
                v.
                Amelia Stayton

The Court has this date issued the Mandate in the above styled and numbered cause.

Very truly yours,
KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT OF REAL COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 25, 2015, the cause upon appeal to revise or reverse your judgment between

Buddy Casteel and Jaret Brandon Casteel, Appellant

V.

Amelia Stayton, Appellee

No. 04-15-00048-CV and Tr. Ct. No. 2014-0138-CC

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion issued this date, this appeal is DISMISSED. It is ORDERED that costs shall be assessed against appellant.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on June 3, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-15-00048-CV

**Buddy Casteel and Jaret Brandon Casteel**

**v.**

**Amelia Stayton**

(NO. 2014-0138-CC IN COUNTY COURT OF REAL COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| FILING | $100.00 | E-PAID | KENNETH GRUBS |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | KENNETH GRUBS |
| INDIGENT | $25.00 | E-PAID | KENNETH GRUBS |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | KENNETH GRUBS |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this June 3, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853